IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01831-WYD

DAVID ALI,

      Plaintiff,

v.

UNITED NATURE FOODS, INC.

      Defendant.

```
              F I L E D
     UNITED STATES DISTRICT COURT
          DENVER, COLORADO

            AUG 1  2011

       GREGORY C. LANGHAM
                   CLERK
```

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>.  It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

Dated:  August 15, 2011

                                            BY THE COURT:

                                            <u>s/ Wiley Y. Daniel</u>
                                            Wiley Y. Daniel
                                            Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01831-WYD-MJW

David Ali
3517 Leyden St.
Denver, CO 80207

US Marshal Service
Service Clerk
Service forms for: United Natural Foods, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on United Natural Foods, Inc.: TITLE VII COMPLAINT FILED 07/14/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 16, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                            By:  _____
                                                           Deputy Clerk