IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01831-WYD-MJW

DAVID ALI,

Plaintiff,

v.

UNITED NATURAL FOOD INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Consider Moving the Court for Leave to Amend the Caption to Include Parties(individuals) (Docket No. 9) is denied without prejudice.  Plaintiff has not filed an Amended Complaint which includes the defendants he seeks to add to this action.  In addition, plaintiff must provide the court with the addresses of the additional defendants so that service may be effected by the U.S. Marshal.

Date:   August 19, 2011