IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11–cv-01831-WYD-MJW

DAVID ALI,

Plaintiff(s),

v.

UNITED NATURAL FOODS, INC.,

Defendant(s).

MINUTE ORDER

　　　It is hereby ORDERED that the Joint Motion for Stipulated Protective Order (docket no. 33) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 33-1) is APPROVED as amended in paragraph 5 and made an Order of Court.

Date:  November 29, 2011