IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-01831-WYD

DAVID ALI,

    Plaintiff,

v.

UNITED NATURE FOODS, INC.

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Stipulation to Dismiss (filed January 27, 2012).  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  January 27, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge